The Honorable Tana Lin

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIANA FRANZETTI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC MARKET INTERNATIONAL, LLC, D/B/A PMI WORLDWIDE, AND DOES 1-10,<br><br>Defendants. | NO. 2:24-cv-00191-TL<br><br>**NOTICE OF RELATED CASE AND PENDENCY OF OTHER ACTION PURSUANT TO LOCAL CIVIL RULE 3(G) AND 3(H)** |

Pursuant to Local Civil Rule ("LCR") 3(g), Plaintiff Mariana Franzetti, individually and on behalf of all others similarly situated, hereby notifies the Court that this action is related to *Krohn, et al., v. Pacific Market International, LLC,* No. 2:24-cv-00200-JNW, currently pending before the Honorable Jamal N. Whitehead.

The *Franzetti* and *Krohn* actions were both recently filed in the Western District of Washington and concern "substantially the same parties, property, transaction, or event." *See* LCR 3(g)(4)(A). Each action arises out of the advertising and sale of certain Stanley brand insulated tumblers that are alleged to contain toxic lead. Each complaint alleges Defendant

NOTICE OF RELATED CASE AND
PENDENCY OF OTHER ACTION - 1
Case No. 2:24-cv-191

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

misrepresented and failed to fully disclose the presence of lead in these popular insulated tumblers. And each action asserts claims under consumer protection statutes arising from the undisclosed presence of lead in these insulated tumblers. The *Franzetti* and *Krohn* Complaints both name Pacific Market International, LLC as a defendant. Additionally, there is substantial overlap between the proposed classes as each action asserts a putative nationwide class of purchasers of these items. Each case is at the same or similar stage of litigation with the cases being filed within days of each other (this action being the first filed action). Thus, as both cases are filed against the same defendant, arise from substantially similar allegations, require determinations of similar questions of fact and law, and are likely to entail substantial duplication of effort for the judges assigned to each respective case, they should be deemed related and assigned to this Court. *See* LCR 3(g)(4)(B).

Pursuant to LCR 3(h), Plaintiff Mariana Franzetti, also notifies the Court of a pending state court action in another jurisdiction that involves similar allegations as in the above-captioned cases, as well as the same defendant. The other recently-filed action, *Brown et al., v. Pacific Market International, LLC, et al.*, Case No. 24STCV02653, (Los Angeles Superior Court), is styled as a putative class action arising from the advertising and sale of certain Stanley tumblers alleged to contain lead. It also only names Pacific Market International, LLC as a defendant. However, that Complaint is only filed on behalf of a putative class of consumers residing in California who purchased these items, which is subsumed within the definition of the classes in the *Franzetti* and *Krohn* Complaints. Depending on how the Defendant decides to proceed with that action some form of coordination could conserve resources. However, it is premature to determine that issue.

NOTICE OF RELATED CASE AND
PENDENCY OF OTHER ACTION - 2
Case No. 2:24-cv-191

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

| | | |
|---|---|---|
| 1 | Dated: February 21, 2024 | Respectfully submitted, |
| 2 | | |
| 3 | | **TOUSLEY BRAIN STEPHENS PLLC** |
| 4 | | By: *s/Jason T. Dennett* |
| | | Jason T. Dennett |
| 5 | | 1200 Fifth Avenue, Suite 1700 |
| | | Seattle, WA 98101-3147 |
| 6 | | Tel: (206) 621-1158/Fax: (206) 682-2992 |
| | | jdennett@tousley.com |
| 7 | | |
| 8 | | **WHATLEY KALLAS, LLP** |
| | | Alan M. Mansfield * |
| 9 | | 16870 W. Bernardo Drive, Suite 400 |
| 10 | | San Diego, CA 92127 |
| | | Tel: (619) 308-5034 |
| 11 | | amansfield@whatleykallas.com |
| 12 | | **DOYLE APC** |
| 13 | | William J. Doyle * |
| | | Chris W. Cantrell * |
| 14 | | 550 West B St, 4th Floor |
| | | San Diego, CA 92101 |
| 15 | | Tel: (619) 736-0000/ Fax: (619) 736-1111 |
| 16 | | bill@doyleapc.com |
| | | chris@doyleapc.com |
| 17 | | |
| | | * *Pro Hac Vice Application Pending* |
| 18 | | |
| 19 | | *Counsel for Plaintiff and Proposed Class* |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |

NOTICE OF RELATED CASE AND
PENDENCY OF OTHER ACTION - 3
Case No. 2:24-cv-191