THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIANA FRANZETTI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC MARKET INTERNATIONAL, LLC, D/B/A PMI WORLDWIDE, AND DOES 1-10,<br><br>Defendants. | Case No. 2:24-cv-00191-TL<br><br>**NOTICE OF APPEARANCE FOR PACIFIC MARKET INTERNATIONAL, LLC** |

NOTICE OF APPEARANCE
No. 2:24-cv-00191-TL

Shook, Hardy & Bacon L.L.P.
701 5th Avenue, Suite 6800
Seattle, WA 98104-7066
206.344.7600

TO: THE CLERK OF THE COURT; and

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Steven Rich of Shook, Hardy & Bacon L.L.P. hereby enters his appearance on behalf of Defendant Pacific Market International, LLC, and requests service of all notices, pleadings and other papers filed in this case, as required by the Federal Rules of Civil Procedure or by Order of the Court.

Dated:  March 6, 2024

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: /s/ *Steven Rich*
    Steven Rich (#48444)
    701 Fifth Avenue, Suite 6800
    Seattle, WA 98104
    Phone:  206-344-7600
    Fax: 206-344-3113
    srich@shb.com

*Attorneys for Defendant Pacific Market International, LLC*

- 2 -

NOTICE OF APPEARANCE
No. 2:24-cv-00191-TL

Shook, Hardy & Bacon L.L.P.
701 5th Avenue, Suite 6800
Seattle, WA 98104-7066
206.344.7600