| | |
|---|---|
| | THE HONORABLE TANA LIN |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIANA FRANZETTI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC MARKET INTERNATIONAL, LLC, D/B/A PMI WORLDWIDE, AND DOES 1-10,<br><br>Defendants. | Case No. 2:24-cv-00191-TL<br><br>**STIPULATED NOTICE EXTENDING DEADLINES** |

On February 12, 2024, Plaintiff Mariana Franzetti filed her Complaint (Dkt. # 1) against Defendant Pacific Market International, LLC ("PMI") and served PMI with the summons and Complaint on February 14, 2024. Pursuant to Judge Lin's Standing Order for All Civil Cases, the parties have agreed to an extension of time for PMI to answer or otherwise respond to the Complaint by no later than April 22, 2024. The parties request the Clerk to reset the deadline as noticed.

STIPULATED NOTICE EXTENDING DEADLINES
No. 2:24-cv-00191-TL

Shook, Hardy & Bacon L.L.P.
701 5th Avenue, Suite 6800
Seattle, WA 98104-7066
206.344.7600

Dated: March 6, 2024

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

By: /s/ *Steven Rich*
    Steven Rich (#48444)
    701 Fifth Avenue, Suite 6800
    Seattle, WA 98104
    Phone: 206-344-7600
    Fax: 206-344-3113
    srich@shb.com

*Attorneys for Defendant Pacific Market International, LLC*

ARNOLD & PORTER KAYE SCHOLER LLP

    James F. Speyer (*pro hac vice* forthcoming)
    E. Alex Beroukhim (*pro hac vice* forthcoming)
    james.speyer@arnoldporter.com
    alex.beroukhim@arnoldporter.com
    777 South Figueroa Street, 44th Floor
    Los Angeles, CA 90017-5844
    Telephone: 213.243.4000
    Facsimile: 213.243.4199

*Attorneys for Defendant*
*Pacific Market International, LLC*

Dated: March 6, 2024

TOUSLEY BRAIN STEPHENS PLLC

By: /s/ *Jason Dennett*
    Jason T. Dennett
    1200 Fifth Avenue, Suite 1700
    Seattle, WA 98101-3147
    Tel: (206) 621-1158/Fax: (206) 682-2992
    jdennett@tousley.com

DOYLE APC
William J. Doyle *
Chris W. Cantrell *
550 West B St, 4th Floor
San Diego, CA 92101
Tele: (619) 736-0000
bill@doyleapc.com
chris@doyleapc.com

- 2 -

STIPULATED NOTICE EXTENDING DEADLINES,
No. 2:24-cv-00191-TL

Shook, Hardy & Bacon L.L.P.
701 5th Avenue, Suite 6800
Seattle, WA 98104-7066
206.344.7600

| | |
|---|---|
| 1 | WHATLEY KALLAS, LLP |
| 2 | Alan M. Mansfield * |
|   | 16870 W. Bernardo Drive, Suite 400 |
| 3 | San Diego, CA 92127 |
|   | Tele: (619) 308-5034 |
| 4 | amansfield@whatleykallas.com |

* *Pro Hac Vice Forthcoming*

*Attorneys for Plaintiff*


- 3 -

STIPULATED NOTICE EXTENDING DEADLINES,
No. 2:24-cv-00191-TL

Shook, Hardy & Bacon L.L.P.
701 5th Avenue, Suite 6800
Seattle, WA 98104-7066
206.344.7600
