UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIANA FRANZETTI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC MARKET INTERNATIONAL LLC, d/b/a PMI Worldwide, and DOES 1–10,<br><br>Defendant. | CASE NO. 2:24-cv-00191-TL<br><br>ORDER ON STIPULATED MOTION FOR EXTENSION OF TIME |

This matter is before the Court on the Parties' Stipulated Motion for Extension of Time to Respond to Complaint. Dkt. No. 27. Having reviewed the relevant record, the Court GRANTS the motion. Defendant SHALL file its answer **by May 24, 2024**.

Dated this 5th day of April 2024.

Tana Lin
United States District Judge

ORDER ON STIPULATED MOTION FOR EXTENSION OF TIME - 1