THE HONORABLE TANA LIN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| IN RE: PACIFIC MARKET INTERNATIONAL, LLC, STANLEY TUMBLER LITIGATION<br><br>This Document Relates to: All Actions | Master File No. 2:24-cv-00191-TL<br><br>**STIPULATED MOTION TO EXTEND INITIAL CASE SCHEDULING DEADLINES AND [PROPOSED] ORDER**<br><br>NOTE ON MOTION CALENDAR: MAY 24, 2024 |

Plaintiffs and Defendant Pacific Market International, LLC ("PMI") submit this stipulated motion to extend the initial case scheduling deadlines, based on the following facts:

Whereas, on February 12, 2024, Plaintiff in the *Franzetti v. Pacific Market International LLC*, No. 2:24-cv-00191-TL action filed her Complaint (Dkt. No. 1) against PMI with the summons and Complaint served on February 14, 2024.

Whereas, on March 18, 2024, the Court set initial scheduling dates, to which the parties in *Franzetti* stipulated to extend while the Court considered the parties' pending cross-motions in both that action and two related actions, with the initial meeting of counsel to commence no later than May 31, 2024, and with associated dates to follow for initial disclosures and submission of a Rule 26 conference report to the Court (Dkt. No. 26).

STIPULATED MOTION TO EXTEND INITIAL CASE SCHEDULING DEADLNIES AND [PROPOSED] ORDER
No. 2:24-cv-00191-TL

**K&L GATES LLP**
**925 FOURTH AVENUE, SUITE 2900**
**SEATTLE, WASHINGTON 98104-1158**
**TELEPHONE: +1 206 623 7580**
**FACSIMILE: +1 206 623 7022**

1    Whereas, on April 26, 2024 and May 15, 2024, this Court consolidated *Krohn v. Pacific Market International, LLC*, No. 2:24-cv-00200-TL, *Barbu v. Pacific Market International, LLC,* No. 2:24-cv-00258-TL, and *Brown v. Pacific Market International, LLC*, No. 2:24-cv-00635-TL, with the Franzetti action, ordered plaintiffs to file a consolidated amended complaint by June 15, 2024, and vacated PMI's deadlines to respond to the underlying complaints in each of those respective cases and ordered PMI to respond to the operative Consolidated Amended Complaint 30 days after that Complaint had been filed (Dkt. No. 31; *Brown*, Dkt. No. 29).

Whereas, with plaintiffs preparing a consolidated amended pleading, the parties submit that it would conserve judicial and party resources to set a schedule that modifies the dates for initial scheduling in this action until a date after plaintiffs have filed the operative pleading and PMI has had an opportunity to respond to that pleading;

Accordingly, the parties stipulate to request the Court grant a motion that extends the initial case scheduling deadlines to the following dates:

- The deadline for Plaintiffs to file the Consolidated Amended Complaint be continued to June 18, 2024;
- The deadline for PMI to respond to the Consolidated Amended Complaint be continued to July 31, 2024;
- The deadline to hold the Fed. R. Civ. P. 26(f) conference be continued to August 7, 2024;
- The deadline to submit the Combined Joint Status Report and Discovery Plan as required by Fed. R. Civ. P. 26(f) and Local Civil Rule 26(f) continued to August 21, 2024;
- The deadline to exchange initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) continued to September 5, 2024; and

STIPULATED MOTION TO EXTEND INITIAL CASE
SCHEDULING DEADLNIES AND [PROPOSED] ORDER
No. 2:24-cv-00191-TL - 2

**K&L GATES LLP**
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

- If a motion to dismiss the Consolidated Amended Complaint is filed, the deadline for Plaintiffs to respond to that motion be set for August 29, 2024, and any reply submitted by PMI set for September 20, 2024, with the Court to schedule a hearing on such motion as it deems appropriate.

The parties reserve the right to seek further modifications to these deadlines.

DATED May 24, 2024

Respectfully submitted,

K&L GATES LLP

By: */s/ Pallavi Mehta Wahi*
Pallavi Mehta Wahi, WSBA No. 32799
pallavi.wahi@klgates.com
Ashley E.M. Gammell, WSBA No. 50123
ashley.gammell@klgates.com
Tyler K. Lichter, WSBA No. 51090
tyler.lichter@klgates.com
Fourth Avenue, Suite 2900
Seattle, WA 98104
Telephone: 206.623.7580
Facsimile: 213.243.4199

*Attorneys for Defendant Pacific Market International, LLC*

ARNOLD & PORTER KAYE SCHOLER LLP

James F. Speyer (*pro hac vice*)
E. Alex Beroukhim (*pro hac vice*)
james.speyer@arnoldporter.com
alex.beroukhim@arnoldporter.com
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone: 213.243.4000
Facsimile: 213.243.4199

Elie Salamon (*pro hac vice*)
elie.salamon@arnoldporter.com
250 West 55th Street
New York, NY 10019-9710
Telephone: 212.836.8000
Facsimile: 212.836.8969

*Attorneys for Defendant Pacific Market*

STIPULATED MOTION TO EXTEND INITIAL CASE
SCHEDULING DEADLNIES AND [PROPOSED] ORDER
No. 2:24-cv-00191-TL - 3

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

|   |   |
|---|---|
| 1 | *International, LLC* |
| 2 Dated: May 24, 2024 | WHATLEY KALLAS, LLP |
| 3 | By: */s/ Alan M. Mansfield* |
| 4 | Alan M. Mansfield (admitted *pro hac vice*)<br>16870 W. Bernardo Drive, Suite 400 |
| 5 | San Diego, CA 92127<br>Telephone: (619) 308-5034 |
| 6 | amansfield@whatleykallas.com |
| 7 | RUSHING MCCARL LLP |
| 8 | By: */s/ Ryan McCarl* |
| 9 | Ryan McCarl (admitted *pro hac vice*)<br>2219 Main St. No. 144 |
| 10 | Santa Monica, CA 90405<br>Telephone: 310-896-5082 |
|   | Email: info@rushingmccarl.com |
|   | *Interim Co-Lead Counsel for Plaintiffs* |
| 13 | By: */s/ Rebecca A. Peterson* |
| 14 | Rebecca A. Peterson<br>(admitted *pro hac vice*) |
| 15 | LOCKRIDGE GRINDAL NAUEN PLLP<br>100 Washington Avenue South, Suite 2200 |
| 16 | Minneapolis, MN 55401<br>Tel: (612) 339-6900 |
|   | rapeterson@locklaw.com |
|   | *Interim Co-Lead Counsel for Plaintiffs* |
|   | I certify that this memorandum contains 465 words, in compliance with the Local Civil Rules. |

STIPULATED MOTION TO EXTEND INITIAL CASE
SCHEDULING DEADLNIES AND [PROPOSED] ORDER
No. 2:24-cv-00191-TL - 4

**K&L GATES LLP**
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

**[PROPOSED] ORDER**

This matter is before the Court on the Parties' Stipulated Motion to Extend Initial Case Scheduling Deadlines. Having reviewed the relevant record and the stipulation of the parties, the Court GRANTS this Motion. The initial case scheduling deadlines shall be extended as follows:

- The deadline for Plaintiffs to file the Consolidated Amended Complaint be continued to June 18, 2024;
- The deadline for Defendant to respond to the Consolidated Amended Complaint be continued to July 31, 2024;
- The deadline to hold the Fed. R. Civ. P. 26(f) conference be continued to August 7, 2024;
- The deadline to submit the Combined Joint Status Report and Discovery Plan as required by Fed. R. Civ. P. 26(f) and Local Civil Rule 26(f) continued to August 21, 2024;
- The deadline to exchange initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) continued to September 5, 2024; and
- If a motion to dismiss the Consolidated Amended Complaint is filed, the deadline for Plaintiffs to respond to that motion be set for August 29, 2024, and any reply submitted by Defendant set for September 20, 2024, with the Court to schedule a hearing on such motion as it deems appropriate.

IT IS SO ORDERED.

Dated this 24th day of May 2024.

Tana Lin
United States District Judge

[PROPOSED] ORDER
No. 2:24-cv-00191-TL

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

PRESENTED BY:

K&L GATES LLP

By: */s/ Pallavi Mehta Wahi*
Pallavi Mehta Wahi, WSBA No. 32799
pallavi.wahi@klgates.com
Ashley E.M. Gammell, WSBA No. 50123
ashley.gammell@klgates.com
Tyler K. Lichter, WSBA No. 51090
tyler.lichter@klgates.com
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Telephone: 206.623.7580
Facsimile: 213.243.4199

*Attorneys for Defendant Pacific Market International, LLC*

ARNOLD & PORTER KAYE SCHOLER LLP

James F. Speyer (*pro hac vice*)
E. Alex Beroukhim (*pro hac vice*)
james.speyer@arnoldporter.com
alex.beroukhim@arnoldporter.com
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone: 213.243.4000
Facsimile: 213.243.4199

Elie Salamon (*pro hac vice*)
elie.salamon@arnoldporter.com
250 West 55th Street
New York, NY 10019-9710
Telephone: 212.836.8000
Facsimile: 212.836.8969

*Attorneys for Defendant Pacific Market International, LLC*

[PROPOSED] ORDER
No. 2:24-cv-00191-TL - 2

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022