THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IN RE: PACIFIC MARKET INTERNATIONAL, LLC, STANLEY TUMBLER LITIGATION

This Document Relates to: All Actions

Master File No. 2:24-cv-00191-TL

[PROPOSED] ORDER GRANTING DEFENDANT PACIFIC MARKET INTERNATIONAL, LLC'S UNOPPOSED MOTION FOR LEAVE TO FILE OVER-LENGTH BRIEFS

The unopposed motion of defendant Pacific Market International, LLC ("PMI") for leave to file over-length briefs is GRANTED as follows:

PMI may file a motion to dismiss that shall not exceed 11,400 words. Pursuant to LCR 7(f)(4), Plaintiffs' brief in opposition shall not exceed 11,400 words, and any reply brief in support of the motion to dismiss shall not exceed 5,700 words.

PMI may file a motion to strike that shall not exceed 5,700 words. Pursuant to LCR 7(f)(4), Plaintiffs' brief in opposition shall not exceed 5,700 words, and any reply brief in support of the motion to strike shall not exceed 2,850 words.

IT IS SO ORDERED.

Dated this 30th day of July, 2024.

_____
Tana Lin
United States District Judge

[PROPOSED] ORDER GRANTING UNOPPOSED
MOTION FOR LEAVE TO FILE OVER-LENGTH BRIEFS
No. 2:24-cv-00191-TL - 1

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

1  PRESENTED BY:

2  K&L GATES LLP

3  By:  */s/ Pallavi Mehta Wahi*
4      Pallavi Mehta Wahi, WSBA No. 32799
       pallavi.wahi@klgates.com
5      Ashley E.M. Gammell, WSBA No. 50123
       ashley.gammell@klgates.com
6      Tyler K. Lichter, WSBA No. 51090
       tyler.lichter@klgates.com
7      925 Fourth Avenue, Suite 2900
       Seattle, WA 98104
8      Telephone: 206.623.7580
       Facsimile: 206.623.7022

9
   *Attorneys for Defendant Pacific Market
10  International, LLC*

11 ARNOLD & PORTER KAYE SCHOLER LLP

12     James F. Speyer (*pro hac vice*)
       E. Alex Beroukhim (*pro hac vice*)
13     james.speyer@arnoldporter.com
       alex.beroukhim@arnoldporter.com
14     777 South Figueroa Street, 44th Floor
       Los Angeles, CA 90017-5844
15     Telephone: 213.243.4000
       Facsimile: 213.243.4199
16
       Elie Salamon (*pro hac vice*)
17     elie.salamon@arnoldporter.com
       250 West 55th Street
18     New York, NY 10019-9710
       Telephone: 212.836.8000
19     Facsimile: 212.836.8969

20 *Attorneys for Defendant Pacific Market
   International, LLC*

21

22

23

24

25

26

[PROPOSED] ORDER GRANTING UNOPPOSED
MOTION FOR LEAVE TO FILE OVER-LENGTH BRIEFS
No. 2:24-cv-00191-TL - 2

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022