Honorable Tana Lin

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: PACIFIC MARKET INTERNATIONAL, LLC, STANLEY TUMBLER LITIGATION<br><br>This Document Relates to:<br>All Actions | NO. 2:24-cv-00191-TL<br><br>**PLAINTIFFS' NOTICE OF DISMISSAL WITHOUT PREJUDICE THE FIFTH CAUSE OF ACTION OF PLAINTIFFS' CONSOLIDATED CLASS ACTION COMPLAINT PURSUANT TO FRCP 41(a)(1)(A)(i)** |

PLAINTIFFS' NOTICE OF DISMISSAL
PURSUANT TO FRCP 41(a)
NO. 2:24-CV-00191-TL

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs by and through their undersigned counsel hereby give notice of dismissal without prejudice the Fifth Cause of Action – Violation of the Magnuson-Moss Warranty Act (15 U.S.C. § 2301 et seq.) contained in Plaintiffs' Consolidated Class Action Complaint (Dkt. 48), with the Parties to bear their own respective costs and expenses.

Dated: August 29, 2024

TOUSLEY BRAIN STEPHENS PLLC

By: s/ Jason T. Dennett
Jason T. Dennett (WSBA # 30686)
1200 Fifth Avenue, Suite 1700
Seattle, WA 98101-3147
Tel: (206) 621-1158/Fax: (206) 682-2992
jdennett@tousley.com

BRESKIN JOHNSON & TOWNSEND PLLC
Brendan Donckers (WSBA # 39406)
1000 Second Avenue, Suite 3670
Seattle, WA 98104
Tel: (206) 652-8660
Fax: (206) 652-8290
bdonckers@bjtlegal.com

**Interim Plaintiffs Liaison Counsel**

LOCKRIDGE GRINDAL NAUEN PLLP
Rebecca A. Peterson (admitted pro hac vice)
Robert K. Shelquist (admitted pro hac vice)
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
rapeterson@locklaw.com
rkshelquist@locklaw.com

PLAINTIFFS' NOTICE OF DISMISSAL
PURSUANT TO FRCP 41(a)
NO. 2:24-CV-00191-TL

**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

WHATLEY KALLAS, LLP
Alan M. Mansfield (admitted pro hac vice)
16870 West Bernardo Drive, Suite 400
San Diego, CA 92127
Tel: (619) 308-5034
amansfield@whatleykallas.com

RUSHING MCCARL LLP
Ryan McCarl (admitted pro hac vice)
2219 Main Street, #144
Santa Monica, CA 90405
Tel: (310) 896-582
info@rushingmccarl.com

**Interim Plaintiffs' Lead Counsel**

DOYLE APC
William J. Doyle (admitted pro hac vice)
550 West B Street, 4th Floor
San Diego, CA 92101
Tel: (619) 736-0000
Fax: (619) 736-1111
bill@doyleapc.com
chris@doyleapc.com

GUSTAFSON GLUEK PLLC
Daniel E. Gustafson (admitted pro hac vice)
David A. Goodwin (admitted pro hac vice)
Mary M. Nikolai (admitted pro hac vice)
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
dgustafson@gustafsongluek.com
dgoodwin@gustafsongluek.com
mnikolai@gustafsongluek.com

PLAINTIFFS' NOTICE OF DISMISSAL
PURSUANT TO FRCP 41(a)
NO. 2:24-CV-00191-TL

**TOUSLEY BRAIN STEPHENS PLLC**
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

GEORGE FELDMAN MCDONALD, PLLC
Lori G. Feldman (WSBA #29096)
102 Half Moon Bay Drive
Croton-on-Hudson, NY 10520
Tel: (917) 983-9320
Fax: (888) 421-4173
lfeldman@4-justice.com
eservice@4-justice.com

**Interim Plaintiffs' Executive Committee**

PLAINTIFFS' NOTICE OF DISMISSAL
PURSUANT TO FRCP 41(a)
NO. 2:24-CV-00191-TL

TOUSLEY BRAIN STEPHENS PLLC
1200 Fifth Avenue, Suite 1700
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992