HONORABLE TANA LIN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| IN RE: PACIFIC MARKET INTERNATIONAL, LLC, STANLEY TUMBLER LITIGATION<br><br>This Document Relates to: All Actions. | Case No. 2:24-cv-00191-TL<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL FOR DEFENDANT PACIFIC MARKET INTERNATIONAL, LLC**<br><br>(Defendant Pacific Market International, LLC remains represented by other counsel)<br><br>**[CLERK'S ACTION REQUIRED]** |

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that the undersigned, Steven W. Rich, hereby withdrawals his appearance as counsel of record for Defendant Pacific Market International, LLC in the above-referenced matter.

Dated: October 7, 2024

SHOOK HARDY & BACON L.L.P.

/s/ Steven W. Rich
Steven W. Rich, WSBA #48444
701 Fifth Ave., Suite 6800
Seattle, Washington 98104
Telephone: 206.344.7600
E-mail: srich@shb.com

*Withdrawing Attorneys for Defendant Pacific Market International, LLC*

NOTICE OF WITHDRAWAL
OF COUNSEL
CASE NO.: 2:24-CV-00200-TL

SHOOK, HARDY & BACON L.L.P.
701 Fifth Ave., Suite 6800
Seattle, WA 98104, 206.344.6700

| | |
|---|---|
| 1 | ARNOLD & PORTER KAYE SCHOLER LLP |
| 2 | /s/ E. Alex Beroukhim |
| 3 | E. Alex Beroukhim (*pro hac vice*) |
| | Elie Salamon (*pro hac vice*) |
| 4 | James F Speyer (*pro hac vice*) |
| | 777 Figueroa St., 44th Floor |
| 5 | Los Angeles, CA 90017 |
| 6 | Telephone: 213-243-4059 |
| | Email: alex.beroukhim@aporter.com |
| 7 | elie.Salamon@arnoldporter.com |
| | james.speyer@arnoldporter.com |
| 8 | |
| 9 | **Remaining Attorneys for Defendant Pacific Market International, LLC** |
| 10 | K&L GATES LLP |
| 11 | |
| 12 | /s/ Pallavi Mehta Wahi |
| | Pallavi Mehta Wahi |
| 13 | Ashley E.M. Gammell |
| | Tyler K. Lichter |
| 14 | 925 Fourth Ave., Ste. 2900 |
| | Seattle, WA 98104-1158 |
| 15 | Telephone: 206-370-5859 |
| 16 | Email: tyler.lichter@klgates.com |
| | ashley.gammell@klgates.com |
| 17 | pallavi.wahi@klgates.com |
| 18 | **Remaining Attorneys for Defendant Pacific Market International, LLC** |

NOTICE OF WITHDRAWAL
OF COUNSEL
CASE NO.: 2:24-CV-00200-TL

SHOOK, HARDY & BACON L.L.P.
701 Fifth Ave., Suite 6800
Seattle, WA 98104, 206.344.6700

**CERTIFICATE OF SERVICE**

I certify, under penalty of perjury under the laws of the State of Washington, that on October 7, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All parties, if any, shall be served in accordance with the Federal Rules of Civil Procedure.

/s/ Christina Bass
Christina Bass, Legal Assistant

NOTICE OF WITHDRAWAL
OF COUNSEL
CASE NO.: 2:24-CV-00200-TL

SHOOK, HARDY & BACON L.L.P.
701 Fifth Ave., Suite 6800
Seattle, WA 98104, 206.344.6700