THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IN RE: PACIFIC MARKET INTERNATIONAL, LLC, STANLEY TUMBLER LITIGATION<br><br>This Document Relates to:  All Actions | Master File No. 2:24-cv-00191-TL<br><br>[PROPOSED] ORDER GRANTING DEFENDANT PACIFIC MARKET INTERNATIONAL, LLC'S UNOPPOSED MOTION FOR LEAVE TO FILE OVER-LENGTH MOTION TO STRIKE |

The unopposed motion of defendant Pacific Market International, LLC ("Defendant") for leave to file over-length motion to strike is GRANTED as follows:

Defendant may file a motion to strike that shall not exceed 5,700 words. Pursuant to LCR 7(f)(4), Plaintiffs' brief in opposition shall not exceed 5,700 words, and any reply brief in support of the motion to strike shall not exceed 2,850 words.

IT IS SO ORDERED.

Dated this 31st day of March, 2025.

_____
Tana Lin
United States District Judge

[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE OVER-LENGTH MOTION TO STRIKE
No. 2:24-cv-00191-TL - 1

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022

1  PRESENTED BY:

2  K&L GATES LLP

3  By:  */s/ Pallavi Mehta Wahi*
     Pallavi Mehta Wahi, WSBA No. 32799
4    pallavi.wahi@klgates.com
     Tyler K. Lichter, WSBA No. 51090
5    tyler.lichter@klgates.com
     925 Fourth Avenue, Suite 2900
6    Seattle, WA 98104
     Telephone: 206.623.7580
7    Facsimile: 206.623.7022

8    *Attorneys for Defendant Pacific Market
     International, LLC*
9

10  ARNOLD & PORTER KAYE SCHOLER LLP

11   James F. Speyer (*pro hac vice*)
     E. Alex Beroukhim (*pro hac vice*)
12   james.speyer@arnoldporter.com
     alex.beroukhim@arnoldporter.com
13   777 South Figueroa Street, 44th Floor
     Los Angeles, CA 90017-5844
14   Telephone: 213.243.4000
     Facsimile: 213.243.4199
15
     Elie Salamon (*pro hac vice*)
16   elie.salamon@arnoldporter.com
     250 West 55th Street
17   New York, NY 10019-9710
     Telephone: 212.836.8000
18   Facsimile: 212.836.8969

19   *Attorneys for Defendant Pacific Market
     International, LLC*
20

21

22

23

24

25

26

[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR
LEAVE TO FILE OVER-LENGTH MOTION TO STRIKE
No. 2:24-cv-00191-TL - 2

**K&L GATES LLP**
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: +1 206 623 7580
FACSIMILE: +1 206 623 7022