THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| IN RE: PACIFIC MARKET INTERNATIONAL, LLC, STANLEY TUMBLER LITIGATION,<br><br>This Document Relates to:<br>All Actions | Master File No. 2:24-cv-00191-TL<br><br>[PROPOSED] AMENDED ORDER GRANTING STIPULATED MOTION TO MODIFY BRIEFING SCHEDULES ON DEFENDANT'S MOTION TO STRIKE AND MOTION TO DISMISS |

THIS MATTER, having come for consideration on the parties' Stipulated Motion to Modify Briefing Schedules on Defendant's Motion to Strike and Motion to Dismiss, and this Court having reviewed the materials filed on this issue and being fully advised: now therefore,

The Court CONCLUDES that good cause is shown to extend the briefing schedules. IT IS HEREBY ORDERED that the parties' Stipulated Motion to Modify Briefing Schedules on Defendant's Motion to Strike and Motion to Dismiss is GRANTED.

IT IS FURTHER ORDERED the clerk of the court is authorized to extend the deadlines to file responses to the Motion to Strike and Motion to Dismiss to May 21,

2025, and the deadlines to file replies to the motions to June 25, 2025.

IT IS SO ORDERED.

DATED this 15th day of April 2025.

_____
The Honorable Tana Lin
UNITED STATES DISTRICT JUDGE

Presented By:

BRESKIN JOHNSON & TOWNSEND PLLC

By: s/ Brendan W. Donckers
Brendan Donckers (WSBA # 39406)
600 Stewart Street, Suite 901
Seattle, WA 98101
Telephone: (206) 652-8660
Fax: (206) 652-8290
Email: bdonckers@bjtlegal.com

*Interim Plaintiffs' Liaison Counsel*