THE HONORABLE TANA LIN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| IN RE: PACIFIC MARKET INTERNATIONAL, LLC, STANLEY TUMBLER LITIGATION<br><br>This document relates to:<br><br>All Actions | Master File 2:24-cv-00191-TL<br><br>**NOTICE OF WITHDRAWAL** |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD

PLEASE TAKE NOTICE that pursuant to Local Rule 83.2(d)(3), Robert K. Shelquist withdraws from representation of Plaintiff Robin Krohn. Plaintiff Robin Krohn remains represented in this case by counsel at the George Feldman McDonald PLLC, Gustafson Gluek PLLC and Breskin Johnson & Townsend PLLC firms.

WITHDRAWAL OF COUNSEL
Case No. 2:24-CV-00191-TL

**CUNEO GILBERT & LaDUCA, LLP**
5775 Wayzata Blvd., Suite 620
St. Louis Park, MN  55416
612-254-7288

1
2  Dated: May 22, 2025              **CUNEO GILBERT & LaDUCA, LLP**
3                                   By: s/ Robert K. Shelquist
4                                        Robert K. Shelquist, *Pro Hac Vice*
                                         5775 Wayzata Blvd., Suite 620
5                                        St. Louis Park, MN  55416
                                         rshelquist@cuneolaw.com
6                                        Phone: 612-254-7288
7                                   ***Counsel for Plaintiffs***
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

WITHDRAWAL OF COUNSEL
Case No. 2:24-CV-00191-TL

2

**CUNEO GILBERT & LaDUCA, LLP**
5775 Wayzata Blvd., Suite 620
St. Louis Park, MN  55416
612-254-7288